**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-33233** |
| R3 UNLIMITED, LLC | § | |
| **DEBTOR(S),** | § | **CHAPTER 7** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on the 4th day of August ,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MARCUS B LEINART
LEINART LAW FIRM
10670 N CENTRAL EXPRESSWAY
SUITE 320
DALLAS, TX 75231

SCOTT M. SEIDEL
TRUSTEE - SEIDEL LAW FIRM
6505 W. PARK BLVD, STE 306
PLANO, TX 75093

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@lgbs.com

By: /s/ Sherrel K. Knighton
Sherrel K. Knighton
SBN: 00796900 TX